United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ORLANDO LOPEZ PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-387 |
| | § | |
| KRISTI NOEM *et al.* | § | |

## ORDER

On March 13, 2026, Petitioner filed his Petition for Writ of Habeas Corpus, challenging the constitutionality of his detention in immigration custody. (Dkt. No. 1). On March 16, 2026, Respondents were ordered to file a response to the Petition and serve their response on Petitioner no later than March 23, 2026. (Dkt. No. 4). As of the date of this Order, Respondents have not filed a response.

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** why they have failed to respond to the Petition by the Court's deadline.

To ensure Respondents receive this Order, the Clerk of Court is **DIRECTED** to electronically serve this Order on the United States Attorney for the Southern District of Texas at USATXS.CivilNotice@usdoj.gov.

IT IS SO **ORDERED**.

**SIGNED** the 2nd day of April, 2026.

Christopher dos Santos
United States Magistrate Judge

1 / 1